UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IINKAA REED-SIMMONS,

               Plaintiff,               No. 13-14080

vs.                                          Hon. Gerald E. Rosen

CHRYSLER GROUP, LLC, et al.,

               Defendants.
_____/

ORDER DISMISSING COMPLAINT

      At a session of said Court, held in
      the U.S. Courthouse, Detroit, Michigan
      on November 04, 2013

      PRESENT:  Honorable Gerald E. Rosen
                         Chief Judge, United States District Court

On September 24, 2013, Plaintiff LaKesha R. Allen, filed a *pro se* Complaint against Defendant Chrysler Group, LLC and others, along with an Application for leave to proceed with this action *in forma pauperis*, without payment of the normally required filing fee. Finding, however, that Plaintiff failed to establish indigency, on October 1, 2013, the Court denied Plaintiff's IFP Application and in the Order denying her application, advised Plaintiff that unless she paid the required filing fee in full by October 15, 2013, her Complaint would be subject to dismissal.

As of this date, Plaintiff has not paid the required filing fee. Therefore, pursuant to the Court's October 1, 2013 Order,

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED, without prejudice.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: November 4, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 4, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135